UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN HEISE,　　　　　　　　　　　　　No. 15-11736

　　　　　Plaintiff,　　　　　　　　　　District Judge George Caram Steeh

v.　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL SECURITY,

　　　　　Defendant.
_____/

**ORDER TRANSFERRING CASE**

On May 15, 2015, Plaintiff Robin Heise filed an action under 42 U.S.C. § 405(g) and 42 U.S.C. § 1383, challenging Defendant Commissioner's decision denying disability benefits under the Social Security Act. Before the Court is Defendant's Motion to Transfer the Case to the U.S. District Court for the Middle District of Florida [Doc. #6], premised on the fact that Plaintiff resides in Tarpon Springs, Florida. *See* Doc. #1, ¶¶ 1,3.

An action under § 405(g) "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides." In addition, 42 U.S.C. § 1383(c)(3) provides for "judicial review as provided in section 405(g) of this title to the same extent as the Commissioner's final determinations under section 405 of this title." Tarpon Springs, Florida, located in Pinellas County, lies in the Middle District of Florida. Accordingly, venue lies in the Middle District of Florida

In her response [Doc. #8], Plaintiff states she has no objection to transferring this case.

Therefore, IT IS ORDERED that Defendant's motion to transfer [Doc. #6] is

GRANTED.

IT IS FURTHER ORDERED that the Clerk of this Court transfer this case to the United States District Court for the Middle District of Florida.

s/R. Steven Whalen<br>
R. STEVEN WHALEN<br>
United States Magistrate Judge

Dated: October 7, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 7, 2015, electronically and/or by U.S. mail.

s/C. Ciesla<br>
Case Manager